(HC) Seeley v. CMF, et al. Doc. 4

Case 2:05-cv-01029-DFL-PAN   Document 4   Filed 06/01/2005   Page 1 of 2

United States District Court

Eastern District of California

| | |
|---|---|
| Timothy Jackson Seeley, | No. Civ. S 05-1029 DFL PAN P |
| Petitioner, | Order |
| vs. | |
| CMF Vacaville, et al., | |
| Respondents. | |

-oOo-

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges a conviction in the San Louis Obispo County Superior Court. This court and the United States District Court in the district where petitioner was convicted both have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), but witnesses and evidence necessary for the resolution of petitioner's application are more readily available

1  in San Louis Obispo County.  Id. at 499 n. 15; 28 U.S.C.
2  § 2241(d).
3      Accordingly, in the furtherance of justice, I hereby order
4  that this matter is transferred to the United States District
5  Court for the Central District of California.
6      Dated:  May 31, 2005.

7
8                                  /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26